UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | No. 3:14-cr-49-RLY-CMM-04<br>No. 3:15-cr-5-RLY-CMM-05 |
| EVA G. BUCK, Defendant. | ) | |

**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE**

Before the court is Defendant's *pro se* Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant seeks a modification of her term of imprisonment based on Amendments 833 and 836 to the United States Sentencing Guidelines ("USSG"). For the reasons set forth below, the motion is **DENIED**.

A district court may not modify a term of imprisonment once it has been imposed unless an express statutory exception applies. *Dillon v. United States*, 560 U.S. 817, 824 (2010). One such narrow exception is found in 18 U.S.C. § 3582(c)(2), which permits a court to reduce a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission if, after considering the applicable § 3553(a) factors, the reduction is consistent with the applicable policy statements issued by the Sentencing Commission. 18 U.S.C. § 3582(c); *Dillon*, 560 U.S. at 827. The Sentencing Commission's policy statement governing the reduction of a term of imprisonment based on an amended guideline range, contained in USSG § 1B1.10, outlines which amendments to the guidelines may be applied retroactively to permit a

reduction in a term of imprisonment. USSG §§ 1B1.10(a)(2)(B), (d); *Dillon*, 560 U.S. at 827.

Defendant seeks a sentence reduction under Amendments 833 and 836. But those Amendments are not retroactive, so they cannot support a sentence reduction. *See* U.S.S.G. § 1B1.10(d) (listing retroactive amendments). Defendant therefore is not eligible for a sentence reduction, and her motions are **DENIED**. (No. 3:14-cr-49, Dkt. 267; 3:15-cr-5, Dkt. 605).

Defendant also moves to withdraw previously filed motions to reduce sentence in both cases. Her motions are **GRANTED**. Her motions to reduce sentence (No. 3:14-cr-49, Dkt. 266; 3:15-cr-5, Dkt. 604) are **WITHDRAWN**.

The **Clerk is DIRECTED** to docket this order in both 3:14-cr-49 and 3:15-cr-5.

## III. Conclusion

Because Amendments 833 and 836 do not apply retroactively, Defendant is legally ineligible for a sentence reduction under 18 U.S.C. § 3582(c)(2).

**SO ORDERED** this 26th day of August 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution Electronically to Registered Counsel of Record.

Distribution by U.S. Mail to:
Eva Buck, No. 12576-028
FCI Greenville
100 U.S. Hwy 40
Greenville, IL 62246

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

United States of America
v.
Eva Buck

Case No: 3:14-cr-49-4

USM No: 12576-028

Date of Original Judgment: 11/4/2016

Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Pro se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____________ months **is reduced to** ____________ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 11/04/2016 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 8/26/2026

*Judge's signature*

Effective Date: ____________
*(if different from order date)*

RICHARD L. YOUNG, Judge
*Printed name and title*

A CERTIFIED TRUE COPY
Kristine L. Seufert
U.S. District Court
Southern District of Indiana
By ____________
Deputy Clerk